UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | Case No. 2:20-cv-04707-AB-AFM |
|---|---|
| Plaintiff, | **ORDER DISMISSAL WITH PREJUDICE** |
| v. | |
| HAMID NOURI INVESTMENTS, LLC, a California limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1
ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Hamid Nouri Investments, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:     September 17, 2020

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE